**FULL NAME:** Christopher Williams

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** U.S.P VICTORVILLE
P.O BOX 3900
Adelanto, Ca. 92301

**PRISON NUMBER (if applicable):** #35731-177

FILED
CLERK, U.S. DISTRICT COURT
10/20/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER WILLIAMS

PLAINTIFF,

v.

DESERT VALLEY HOSPITAL

DEFENDANT(S).

**CASE NUMBER:** CV20-9655-ODW(MAA)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    a. Parties to this previous lawsuit:
       Plaintiff _____

       Defendants _____

    b. Court _____

    c. Docket or case number _____
    d. Name of judge to whom case was assigned _____
    e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____
    f. Issues raised: _____

    g. Approximate date of filing lawsuit: _____
    h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed?  ☐ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Christopher Williams**
(print plaintiff's name)
who presently resides at **BOP VICTORVILLE USP**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Desert Valley Hospital**
(institution/city where violation occurred)

on (date or dates) __11/27/19__ , __11/28/19__ , __11/29/19 & 11/30/19__
                        (Claim I)         (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __D.V.H & Provider__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Deliberate Indifference to patients needs. Ignoring pain and complaints of pain by patient.__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

The right to adequate medical care. The right to have serious medical need diagnosis and treated. Medical treatment of serious injury.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff arrived at Desert Valley Hospital for the cause of possible "overdose." Upon arrival I, Christopher Williams, did tell medical staff that my (R) shoulder was dislocated and I was in serious pain. I was asked "pain where", the pain in shoulder was very severe, but I was in pain all over from head/face/upper body/chest ribs and legs. I responded "every where", I fell down some stairs. I was giving pain medication that did little to relieve the pain. Blood work was taking from me by staff and I was admitted to hospital. Once seen by PA I did complain of pain mainly (R) shoulder and lower legs mainly (L) leg X-ray's where taken of shoulder but not of legs. I still complain

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Supporting Facts:

When I was seen by the M.D of pain in ®right shoulder and lower legs. I was told that "there was no major damage to shoulder", "it will heal on its own", and I just need to walk around some and exercise my legs and the swelling would go down. But I couldn't make it to the bathroom (which was like 6 feet away) without experiencing severe pain, let alone "walk around" (in shackles at that).

I was release from the hospital and return to this institution and immediately sign up for sick call several times and was finally seen. The leg was swollen bad now do to I believe me having to continually walk to medical/ walk to every where. X-Ray where taken and was discovered my left fibula was broken. (see attachment of diagnose by this facility).

I have continued to have pain in my leg & shoulder. There may have to be surgery.

These are the facts.



## statrad
Leading Teleradiology

### USP Victorville VIP

| | | | |
|---|---|---|---|
| Patient: | WILLIAMS, CHRISTOPHER (Male) | DOB: | 07/24/79 |
| Register#: | 35731-177 | Age: | 40 |
| Date: | 12/05/19 10:45 | Status: | OP |
| Slicecount: | 0 | | |
| History: | PAIN/SWELLING S/P FALL X 1 WK | | |
| Priors: | | | |
| Exams: | FILM LEFT TIB/FIB | | |
| Referring Phy: | | | |
| Ordering Phy: | Cortes-Reyes, A. FNP-BC | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00137041 | | | |

**Final Report**

**Exam: FILM LEFT TIB/FIB**

HISTORY: Injury one week ago

TECHNIQUE: 2 views obtained

COMPARISON: No prior imaging available

FINDINGS: There is a comminuted minimally displaced fracture through the mid to distal shaft of the left fibula. There is circumferential subcutaneous edema. There is no joint space abnormality. Bone mineralization is normal for age.

IMPRESSION:
Acute comminuted minimally mainly displaced fracture at the mid to distal shaft of the left fibula.

Radiologist:        Maurice Yu, MD

Study ready at 10:45 and initial results transmitted at 10:56

*attachment* [handwritten]

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief: of Monetary Compensation. I ask for the sum of $250,000. I ask for all records, lab reports, video etc.) of the patient doing his stay at the Hospital. I ask that all blood work of patient be destoryed.

10/1/20
(Date)

Christopher Williams
(Signature of Plaintiff)

# AFFIDAVIT OF TRUTH
## by Christopher Williams

> This Affidavit of Truth is submitted under the Penalty of Perjury, pursuant to 28 U.S.C. § 1746 with full knowledge of its dire consequence and repercussions.

I, Christopher Williams, "Affiant", being of sound mind, fully in control of all mental and physical faculties, DO STATE, "That I am over the age of 18, that I am not being or have been coerced or coached. I Affiant, DO STATE, "That the events described herein are facts that were personally witness and affected by me. I, Affiant, DO STATE, "That this Affidavit is not meant to trick, bamboozle, lead astray, hoodwink, dupe, con, fool, or mislead any officer, or officers, party or parties, person or persons whom may have an interest in the outcome of any proceeding that this Affidavit supports."

I, Christopher Williams, Affiant, personally witnessed the following:

1. I, Affiant, was told by Unit team of 6A V.I.P that the copies placed in their door by CO cervepointes for Certificate of authorized officer were not received.

1 of 2

2. I, Affiant, then placed a sign copy of the Prisoners Authorization form in Unit team hand for the C.O.A.O and ask of 3 copies.

3. I was then told to wait because they (unit team) was leaving and would not be responsible. The day was Oct. 13, 2020.

4. On the 14th of Oct. Unit team did come to Affiant cell for the prisoner authorization form for C.O.A.O.

5. I, Affiant, did receive 4 copies of forms back, but no 6 months account balance. And no signature of Authorize officer.

6. I, Affiant, have since placed several request through Law Library (Education Department) and I.T.S (Inmate Trustfund Service) for form to be complete.

7. I, Affiant, have yet to receive any respond.

———— "Further Affiant Sayeth Naught" ————

Executed this 15th day of Oct. 2020

Signed Christopher Williams
Christopher Williams, 28 USC § 1746
Signature Christopher Williams
Christopher Williams, 28 USC § 1746

2 of 2

# AFFIDAVIT OF TRUTH    28 USC § 1746

I, Christopher Williams, hereby certify and declare that the facts in this case are correct. The enclosed factual statements and claim was made under penalty of perjury (28 U.S.C. § 1746)
(S) *Christopher Williams*          Dated: 10/01/2020

Christopher Williams
#35731-177
USP Victorville
P.O. Box 3900
Adelanto, Ca., 92301

Legal Mail
Dated: 10/15/2020

United States District Court
Central District of California
255 East Temple Street, Suite TS-134
Los Angeles, California 90012

OCT 20 2020
CLERK U.S. DISTRICT CO...